OTTO TIMME, Trading as E. F. TIMME & SON, Appellant,
v. LEO STEINFELD et al., Respondents.

*Contract — sale — action to recover for breach of contract to purchase
goods — mutual abandonment.*

*Timme* v. *Steinfeld*, 214 App. Div. 611, affirmed.

(Argued November 24, 1926; decided December 31, 1926.)

APPEAL from a judgment entered January 4, 1926,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint.  The action was
to recover for an alleged breach of a contract to purchase
goods.  Delivery was to be made during January, Febru-
ary and March, 1920.  Plaintiff delivered and defendants
accepted part of the goods and on February 28, 1920,
defendants' requested plaintiff to withhold further
deliveries until further advised.  Tender of the goods
undelivered was not made until September 8, 1921.
The Appellate Division held that in no event could the
extension of the contract be regarded as for more than a
reasonable time, and where both parties have ignored
the existence of the contract for a period of over sixteen
months, as a matter of law it is deemed to have been
terminated by mutual abandonment.

*Douglass Newman* and *Aiken A. Pope* for appellant.

*William Gilligan, Henry F. Wolff* and *Arthur L. Newman*
for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.